UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID RENTZ,

Plaintiff,

v.

SERGEANT A. GUITRON, et al.,

Defendants.

No. 1:26-cv-04655-KES-BAM (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS

Doc. 12

David Rentz is a state prisoner who asserts that his constitutional rights were violated while he was housed at the California Substance Abuse Treatment Facility. *See* Doc. 10. The magistrate judge screened the second amended complaint and found Rentz stated a cognizable claim against defendants Cribbs, Guitron, John Doe 1, and John Doe 2 for excessive force in violation of the Eighth Amendment, and a cognizable claim against defendant Hayward for failure to protect in violation of the Eighth Amendment. Doc. 12 at 5-7. The magistrate judge found other asserted claims, including the claim for deliberate indifference to a serious medical need, were not cognizable. *Id.* at 7-8.

The magistrate judge issued findings and recommendations, recommending the action proceed on Rentz's claims for excessive force against defendants Cribbs, Guitron, John Doe 1, and John Doe 2, and for failure to protect against defendant Hayward. Doc. 12. The court served the findings and recommendations on Rentz and informed him that any objections were due

within 14 days. *Id.* Rentz did not file objections, and the time to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), this court reviewed this case de novo. Having carefully reviewed the matter, the court finds the findings and recommendations to be supported by the record and by proper analysis. Accordingly, the court ORDERS:

1. The findings and recommendations issued on September 24, 2026, Doc. 12, are ADOPTED in full.
2. This action SHALL proceed only on Rentz's second amended complaint on (1) the claim against defendants Cribbs, Guitron, John Doe 1, and John Doe 2 for excessive force in violation of the Eighth Amendment, and (2) the claim against defendant Hayward for failure to protect in violation of the Eighth Amendment.
3. All other claims and defendants are DISMISSED from this action for failure to state claims upon which relief may be granted.
4. The Clerk of the Court is DIRECTED to update the docket.

IT IS SO ORDERED.

Dated: November 1, 2026

UNITED STATES DISTRICT JUDGE