# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RENTZ,<br>Plaintiff,<br>v.<br>SERGEANT A. GUITRON, *et al.*,<br>Defendants. | Case No. 1:26-cv-04655-KES-BAM (PC)<br>ORDER DIRECTING PLAINTIFF TO PROVIDE WRITTEN NOTICE IDENTIFYING DEFENDANTS JOHN DOE 1 AND JOHN DOE 2 FOR SERVICE OF PROCESS<br>**NINETY (90) DAY DEADLINE** |

Plaintiff David Rentz ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 2, 2026, the Court ordered that this action proceed on Plaintiff's second amended complaint against Defendants Cribbs, Guitron, John Doe 1, and John Doe 2 for excessive force in violation of the Eighth Amendment and against Defendant Hayward for failure to protect in violation of the Eighth Amendment. (ECF No. 13.) By separate order, the Court has directed service of the second amended complaint on Defendants Cribbs, Guitron, and Hayward.

At this time, the Court does not find service appropriate for Defendants John Doe 1 and John Doe 2 because the U.S. Marshal cannot serve a Doe Defendant. Therefore, before the Court orders the U.S. Marshal to serve Defendants John Doe 1 and John Doe 2, Plaintiff will be required to identify them with enough information to locate the defendants for service of process. Once Plaintiff identifies Defendants John Doe 1 and John Doe 2 for service, he should file a

motion to substitute the identities of Defendants John Doe 1 and John Doe 2 in the complaint. If the motion is granted, the Court will direct the U.S. Marshal to serve Defendants John Doe 1 and John Doe 2. However, if Plaintiff fails to identify Defendants John Doe 1 and John Doe 2, then any unidentified defendant will be dismissed from this action.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Within **ninety (90) days** from the date of service of this order, Plaintiff SHALL file a motion to substitute the identity of Defendants John Doe 1 and John Doe 2 that provides the Court with enough information to locate them for service of process; and
2. **The failure to comply with this order will result in dismissal of any unidentified defendant(s) from this action, without prejudice, for failure to serve with process pursuant to Federal Rule of Civil Procedure 4(m).**

IT IS SO ORDERED.

Dated: **November 4, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE